**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ALBERTA RICHARDSON,** | ) | NO. EDCV 06-00549-MAN |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the** | ) | |
| **Social Security Administration,** | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed, in part, and reversed, in part, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 28, 2008

/s/
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE